IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA
OMAHA DIVISION

| | |
|---|---|
| UNITED FIRE & CASUALTY COMPANY, A/S/O TONY'S STEAKHOUSE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> VENTURA FOODS, LLC AND SYSCO CORPORATION, <br><br> Defendant. | Case No.: 8-16-CV-00144 <br><br> **DEFENDANT VENTURA FOODS, LLC'S NOTICE OF SERVICE OF DISCOVERY RESPONSES UPON PLAINTIFFS** |

COME NOW the Defendants, Ventura Foods, LLC and Sysco Corporation, pursuant to Rule 16.401(2) of the Rules pertaining to the use of the Electronic Data Management System, and hereby give notice of serving the following written discovery responses upon Plaintiff, on the date shown in the Certificate of Service:

1. Defendant Ventura Foods, LLC's Response to Plaintiff's Request for Production of Documents.
2. Defendant Ventura Foods, LLC's Answers to Plaintiff's Interrogatories.
3. Defendant Sysco Corporation's Response to Plaintiff's Request for Production of Documents.
4. Defendant Sysco Corporation's Answers to Plaintiff's First Set of Interrogatories.

Respectfully submitted,

HOPKINS & HUEBNER, P.C.

By  */s/ Jeffrey D. Ewoldt*
    Jeffrey D. Ewoldt , AT0002384
    2700 Grand Avenue, Suite 111
    Des Moines, IA 50312
    Telephone: 515-244-0111
    Facsimile: 515-244-8935
    jewoldt@hhlawpc.com
    ATTORNEYS FOR DEFENDANTS

Original filed.

Copy to:

Brian T. Bailey
Bailey & Bailey
190 South LaSalle Street
Suite 2100
Chicago, Illinois  60603

ATTORNEYS FOR PLAINTIFF

|  | **CERTIFICATE OF SERVICE** |
|---|---|

The undersigned certifies that the foregoing instrument was served upon each of the attorneys of record of all parties to the above-entitled cause herein at their respective addresses disclosed on the pleadings of record on the 17th day of January, 2017.

By ☐ U.S. Mail  ☐ Fax
   ☐ Hand Delivery  ☒ Electronically through CM-ECF
   ☐ Private Carrier  ☐ Other:_____
Signature:   ___*/s/ Kathy Flaherty*_____

S:\JDE\8121-0007 United Fire-Tony's Steakhouse v. Ventura\Pleadings\NOS Discovery Responses to Plaintiffs 17-01-17.docx4356

2