IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA
OMAHA DIVISION

| | |
|---|---|
| UNITED FIRE & CASUALTY COMPANY, a/s/o TONY'S STEAKHOUSE, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>VENTURA FOODS, LLC AND SYSCO CORPORATION,<br><br>Defendants. | Case No. 8:16CV144<br><br><br><br>**ORDER** |

This matter is before the court on Plaintiff, United Fire & Casualty Company's unopposed Motion To Amend Order Setting Final Schedule For Progression Of Case (#34). The motion will be granted:

**IT IS HEREBY ORDERED:**

1. Paragraph three (3) of this Court's November 4, 2016, Order (#29) is amended to provide as follows: (1) Plaintiff's expert witnesses shall now be disclosed on or before **April 17, 2017**; (2) Defendants' expert witnesses shall be disclosed on or before **May 17, 2017**; and (3) Plaintiff's rebuttal expert witnesses shall be disclosed by **May 31, 2017**.

2. All other dates set forth in the Court's November 4, 2016, Order Setting Final Schedule for Progression of Case (#29), shall remain the same.

DATED this 9th day of March 2017.

BY THE COURT:

s/F.A. Gossett, III
United States Magistrate Judge