IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA
OMAHA DIVISION

| | |
|---|---|
| UNITED FIRE & CASUALTY COMPANY, A/S/O TONY'S STEAKHOUSE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> VENTURA FOODS, LLC AND SYSCO CORPORATION, <br><br> Defendant. | Case No.: 8:16-CV-00144 <br><br> **STIPULATION TO DISMISS PURSUANT TO SETTLEMENT** |

Plaintiff, UNITED FIRE & CASUALTY COMPANY, a/s/o TONY'S STEAKHOUSE, INC., and Defendants, VENTURA FOODS, LLC and SYSCO CORPORATION, by their respective undersigned counsel, hereby agree and stipulate that this matter has been fully resolved by the parties, and based on that resolution, this matter should now be dismissed by this Court with prejudice.

Respectfully submitted,

*/s/ Brian T. Bailey*_____
One of the Attorneys for Plaintiff,
UNITED FIRE & CASUALTY COMPANY

Brian T. Bailey
BAILEY & BAILEY
190 S. LaSalle Street, Suite 2100
Chicago, Illinois 60603
(312) 229-5322

/s/ Samuel E. Jones_____
One of the Attorneys for Defendants,
VENTURA FOODS, LLC and SYSCO CORPORATION

Samuel E. Jones
Kevin J. Caster
SHUTTLEWORTH & INGERSOLL, P.C.
500 US Bank Bldg., P.O. Box 2107
Cedar Rapids, Iowa 52406
(319) 365-9461